IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
7:23-CV-981-M-BM

| | |
|---|---|
| GEORGE DUGDALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING MOTION TO** |
| v. ) | **SUBSTITUTE PARTY** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on movant Jill Dugdale's unopposed motion to substitute George Dugdale, as Personal Representative of the Estate of George Dugdale, in lieu of George Dugdale, and to amend the caption in this action to reflect the requested substitution ("Motion"). [D.E. 8]. Pursuant to Fed R. Civ. P. 25(a)(1), the court GRANTS the Motion.

The court directs the Clerk of Court to modify the caption of this proceeding to substitute for the deceased Plaintiff: "Jill Dugdale, as Personal Representative of the Estate of George Dugdale."

SO ORDERED. This 27th day of June, 2024.

RICHARD E. MYERS II
Chief United States District Judge